# IN THE SUPREME COURT OF THE STATE OF NEVADA

WILLIE CLIFTON CARTER,
                Appellant,

vs.

ISIDRO BACA, WARDEN,
                Respondent.

No. 71036

**FILED**

SEP 3 0 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a purported decision denying a postconviction petition for a writ of habeas corpus. First Judicial District Court, Carson City; James Todd Russell, Judge.

No decision, oral or written, had been made on the petition when appellant filed his appeal on August 10, 2016. Because appellant failed to designate an appealable order, we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Cherry

_____, J.
Douglas

_____, J.
Gibbons

cc: Hon. James Todd Russell, District Judge
Willie Clifton Carter
Attorney General/Carson City
Carson City Clerk

16-30599